

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Thais R. Ridgeway
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

February 26, 2021

**BY ECF**
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

3/1/2021
The March 2 conference is adjourned sine die.
The parties are directed to submit a status report
by April 19, 2021. SO ORDERED

*/s/ Paul A. Crotty*

     Re: *P.W. et al., v. New York City Department of Education,*
       20-CV-08853 (PAC)

Dear Judge Crotty:

  I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education (hereinafter "DOE"), in the above-referenced matter. I submit this joint letter, in conjunction with Bonnie Schinagle, Esq., counsel for Plaintiffs, in compliance with Your Honor's February 5, 2021 Order (Dkt. No. 20), to submit the attached proposed Case Management Plan. **Exhibit 1**.  Separately, the parties respectfully request Your Honor adjourn the Initial Conference in lieu of scheduling a settlement conference to the week of April 19, 2021.

  The parties agree that a discovery schedule would not be warranted in this action. Thus, the parties respectfully request that the Court decline to endorse the proposed Case Management Plan and adjourn the Initial Conference currently scheduled March 2, 2021.  The parties will attempt to resolve the outstanding attorney's fees claims and therefore request Your Honor schedule a settlement conference the week of April 19, 2021 or a date as soon thereafter is convenient for Your Honor.  Finally, the proposed adjournment does not affect any litigation activities scheduled in this matter.

2

Thank you for your consideration of this submission.

Respectfully submitted,

/s/

Thais R. Ridgeway
Assistant Corporation Counsel

CC: **BY ECF**
Bonnie Schinagle, Esq.
LAW OFFICES OF BONNIE SPIRO SCHINAGLE
6800 Jericho Turnpike (120w)
Syosset, NY 11791
(516) 967-5874
bschinagle@schinaglelaw.com